IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-92-338-CV





SAM JOE MILAM,



 APPELLANT


vs.





STEPHEN S. DURISH, NOW EUGENE BRODHEAD, RECEIVER OF 


TEXAS INSURANCE COMPANY,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT



NO. 91-2071, HONORABLE HUME COFER, JUDGE PRESIDING



 





PER CURIAM

 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: December 22, 1993

Do Not Publish